**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MELL T. BRU'TON,** | ) | |
| **No. 131799,** | ) | |
| | ) | |
| **Petitioner,** | ) | **No. 3:15-cv-00884** |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## O R D E R

Pending before the court is a petition for a writ of *habeas corpus* brought under an unspecified statute. (Docket No. 1). The petitioner, proceeding *pro se*, is an inmate at the Turney Center Industrial Complex (TCIX) in Only, Tennessee.

The petitioner has filed an application for leave to proceed *in forma pauperis*. (Docket No. 2). As it appears that the petitioner lacks sufficient resources to pay the filing fee in this action, the application is hereby **GRANTED**.

For the reasons explained in the memorandum filed contemporaneously herewith, the petitioner shall, within thirty (30) days of the date he receives this order, show cause why his petition should not be dismissed for failure to exhaust state court remedies. The petitioner is forewarned that failure to comply with this order could result in his petition being dismissed.

It is so **ORDERED.**

_____
Aleta A. Trauger
United States District Judge