# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| Mell Bru'ton, | ) |
| | ) Case No. 3:15-cv-0884 |
| Petitioner, | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| SunTrust Bank, | ) |
| | ) |
| Respondent | ) |

## **DENIAL OF DEFAULT**

Pending is Petitioner's Motion for Default Judgment (Docket Entry No. 21) pursuant to Federal Rule of Civil Procedure 55. The motion is denied as Respondent has filed a motion to dismiss (Docket Entry No. 17) which is responsive to the Court's Order (Docket Entry No. 9) referenced by Petitioner in his motion. The motion to dismiss was sent to Petitioner at the time of filing as indicated in the certificate of service. However, to ensure the motion to dismiss is received by Petitioner, the docket clerk is instructed to send a copy of docket entry number 17, along with an up to date print out of the public docket sheet for this case, to the Petitioner by regular U.S. Mail.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court